1

2

3

4                          UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6                              SAN JOSE DIVISION

7

8      RONALD ROLLINGS,                        Case No.  20-cv-01111-VKD

                      Petitioner,
9
                                               **ORDER OF TRANSFER**
10              v.

11     WASHINGTON STATE,

                      Respondent.
12

13

14         Petitioner Ronald Rollings, a federal prisoner currently confined at FCI Terminal Island in

15     San Pedro, California, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. §

16     2255, challenging his federal conviction (Case No. 16-cr-5459 RBL) out of the U.S. District Court

17     for the Western District of Washington.  Dkt. No. 1 at 1.  Mr. Rollings's claims include the

18     violation of his right to a speedy trial, denial of his right to appear at the arraignment, the use of an

19     unlawfully obtained search warrant, and ineffective assistance of counsel.  *Id.* at 4.  He seeks

20     immediate release and dismissal of all charges.  *Id.* at 15.

21         A prisoner in custody under sentence of a federal court who wishes to attack collaterally

22     the validity of his conviction or sentence must do so by way of a motion to vacate, set aside or

23     correct the sentence pursuant to § 2255 in the court which imposed the sentence.  *See Tripati v.*

24     *Henman*, 843 F.2d 1160, 1162 (9th Cir. 1988), *cert. denied*, 488 U.S. 982 (1988).  Only the

25     sentencing court has jurisdiction.  *See id.* at 1163.  Accordingly, this action must be transferred to

26     the U.S. District Court for the Western District of Washington which has exclusive jurisdiction

27     over Mr. Rollings's § 2255 petition.  *Id.*; 28 U.S.C. § 1631.

28         The Clerk shall terminate all pending motions and transfer the entire file to the Western

United States District Court
Northern District of California

District of Washington in Tacoma, Washington.

**IT IS SO ORDERED.**

Dated: February 20, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge

United States District Court
Northern District of California

2